People v Ruiz (2020 NY Slip Op 03627)





People v Ruiz


2020 NY Slip Op 03627


Decided on June 25, 2020


Appellate Division, First Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided on June 25, 2020

Renwick, J.P., Mazzarelli, Webber, Kern, Moulton, JJ.


11725 3892/15

[*1] The People of the State of New York, Respondent,
v
Edward Ruiz, Defendant-Appellant.


Robert S. Dean, Center for Appellate Litigation, New York (Molly Schindler of counsel), for appellant.
Cyrus R. Vance, Jr., District Attorney, New York (David P. Stromes of counsel), for respondent.



Order, Supreme Court, New York County (Michael J. Obus, J.), entered on or about March 8, 2019, which adjudicated defendant a level two sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.
The court providently exercised its discretion when it declined to grant a downward departure (see People v Gillotti, 23 NY3d 841 [2014]). We do not find any overassessment of points for risk factors claimed by defendant to be related to his prior drug abuse, because the factors at issue are relevant to defendant's risk of sexual recidivism. The mitigating factors
cited by defendant were adequately taken into account by the risk assessment instrument, or otherwise did not warrant a departure.
THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: JUNE 25, 2020
CLERK